

# NUMBER 13-25-00299-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**IGOTCARS, LLC,**                                        **Appellant,**

**v.**

**AUSTIN JAMES JONES III ET UX,**                          **Appellee.**

---

### ON APPEAL FROM THE COUNTY COURT AT LAW
### OF KLEBERG COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Cron
### Memorandum Opinion by Justice Cron

This cause is before the Court on its own motion. On May 29, 2025, appellant filed a notice of appeal. The clerk's record was originally due on June 9, 2025. On July 9, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Ruby Lopez, had notified this Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was further notified that unless it made arrangements to pay for

the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has failed to respond to the Clerk's notices or otherwise provide the requested documentation.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
7th day of August, 2025.

2